Judi A. and Donald E.
COMER, Appellants,

v.

William H. MARSHALL, Respondent.

No. WD 38749.

Missouri Court of Appeals,
Western District.

April 28, 1987.

Julian J. Ossman, Jefferson City, for appellants.

Ronald R. McMillin, Jefferson City, for respondent.

Before GAITAN, P.J., and
SHANGLER and MANFORD, JJ.

PER CURIAM.

Plaintiffs, seeking damages for medical malpractice, appeal a directed verdict at the close of their evidence in favor of defendant-respondent.

Judgment affirmed. Rule 84.16(b).

STATE of Missouri, Respondent,

v.

Emerson THOMAS, Appellant.

No. WD 38322.

Missouri Court of Appeals,
Western District.

April 28, 1987.

Bryan E. Nelson, Overland Park, Kan., Ronald E. Partee, Kansas City, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Deborah L. Ground, Asst. Atty. Gen., Kansas City, for respondent.

Before GAITAN, P.J., and
SHANGLER and MANFORD, JJ.

PER CURIAM.

Appeal from jury conviction of murder in the second degree in violation of § 565.021 RSMo 1986 and sentence to life imprisonment.

Judgment affirmed. Rule 30.25(b).